IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN DOUGLAS COWART, # 153264, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO. 2:11-CV-382-WKW |
| RICHARD ALLEN, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

On August 26, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 30). Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

(1) The Recommendation is ADOPTED;

(2) Defendants' motion for summary judgment (Doc. # 20) is GRANTED;

(3) Plaintiff's federal-law claims are DISMISSED with prejudice; and

(4) Plaintiff's state-law claims are DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 18th day of September, 2014.

                                         /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE